# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANE PEAKE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-2250** |
| **TANGIPAHOA SHERIFF DANIEL EDWARDS, ET AL.** | **SECTION "E"(3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that Dane Peake's complaint[1] filed pursuant to 42 U.S.C. § 1983 be **DISMISSED WITH PREJUDICE**

New Orleans, Louisiana, this 12th day of August, 2019.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4.